ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Henry et al

Plaintiff(s),

v.

United States of America, et al

Defendant(s).

Case No. 18 C 2230

Judge Gabriel A. Fuentes

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☑ in favor of plaintiff(s) Katherine J Henry
and against defendant(s) United States of America
in the amount of $ 6,194,109.00

which ☐ includes pre–judgment interest.
☑ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                            presiding, and the jury has rendered a verdict.
☑ tried by Judge Gabriel A. Fuentes      without a jury and the above decision was reached.
☐ decided by Judge                         on a motion

Date: 10/22/21

Thomas G. Bruton, Clerk of Court

Jenny E. Jauregui          , Deputy Clerk